# IN THE SUPREME COURT OF THE STATE OF NEVADA

MITCHELL FIELDS,
Appellant,

vs.

CONNIE S. BISBEE; AND THE STATE
OF NEVADA BOARD OF PAROLE,
Respondents.

No. 76793

FILED

SEP 1 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, there is no identifiable order. Appellant's notice of appeal states that he is challenging the "writ of mandamus filed/entered on or about the 14 day of February, 2018." Appellant filed his petition in the district court on February 15, 2018; and he filed a request for submission on April 17, 2018. The district court has taken no action on the petition since it was filed. It appears that appellant is seeking a ruling on his petition from the district court. As no appealable order has been entered, this court lacks jurisdiction; however, we trust the district court will promptly address appellant's petition as its calendar permits. We

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-35439

cc: Hon. Douglas Smith, District Judge
Mitchell Fields
Attorney General/Carson City
Eighth District Court Clerk